## UNITED STATES v. CHICAGO, M. & ST. P. RY. CO.

(Circuit Court of Appeals, Seventh Circuit. January 4, 1897.)

No. 280.

RAILROAD COMPANIES—GOVERNMENT AID—RAILROAD REPORTS.

Act June 19, 1878 (1 Supp. Rev. St. p. 194), requiring certain reports, pre-scribed by the auditor of railroad accounts, to be made by railroads to which the United States have granted any loan of credit or subsidy, in bonds or lands, or which have received from the United States lands granted to them to aid in the construction of their roads, does not apply to the railroads which were incorporated by the several states, and received from them the grants of land made to such states to procure the construction of rail-roads.

In Error to the Circuit Court of the United States for the Eastern District of Wisconsin.

J. H. M. Wigman, for the United States.

George R. Peck, for defendant in error.

Before WOODS, JENKINS, and SHOWALTER, Circuit Judges.

PER CURIAM. This action was brought by the United States to recover of the Chicago, Milwaukee & St. Paul Railway Company the penalty prescribed by the act of congress entitled "An act to create an auditor of railroad accounts and for other purposes," approved June 19, 1878, for neglect to make a report as required. 20 Stat. 169, c. 316, § 5. The circuit court sustained a demurrer to the declaration, and gave judgment for the defendant. The case is sufficiently stated in the opinion delivered in support of that ruling (U. S. v. Chicago, M. & St. P. Ry. Co., 69 Fed. 89); and we fully concur in the conclusion there declared, that the statute under which the action was brought is not applicable. The judgment is therefore affirmed.